# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0667
LT Case No. 1999-CF-013649-A

_____

GLENN BENNETT,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Glenn Bennett, Lake Butler, pro se.

James Uthmeier, Attorney General, and Adam B. Wilson, Assistant Attorney General, Tallahassee, for Appellee.

August 26, 2025

PER CURIAM.

   AFFIRMED. *See Wainwright v. State*, 411 So. 3d 392 (Fla. 2025).

HARRIS, BOATWRIGHT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____